### SIBLEY vs. SLOCUM.

The alleged
attorney of ab-
sent heirs, is
bound to shew
his authority
and the right
of those claim-
ing as heirs.

APPEAL from the court of the sixth district.

PORTER, J. delivered the opinion of the
court. This action was commenced in the
district court against the administratrix of a
vacant estate. Judgment was given for the
plaintiff; and the defendant not having pre-
secuted her appeal, it has been brought up by
the alleged attorney for the aqsent heirs, who
suggests that the authority of the administra-
trix has ceased by the operation of law, and
that he legally represents the estate.

There is nothing further shewn than the
bare suggestion of the attorney at law in snp-

port of the allegation. He has urged that his appearance before this tribunal is sufficient to prove the fact, necessary to maintain the appeal. But in this, we think, he mistakes the presumption attached by law to his act. A licensed practitioner in our court is presumed to act in good faith, and that he has been duly authorised by the person for whom he appears: but this appearance does not *establish the quality of his claim*, nor any other fact necessary to support the case.

It is therefore ordered, adjudged, and decreed, that this appeal be dismissed, with costs.

*Rost* for the plaintiff, *Desblieux* for the defendant.